# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2162
LT Case Nos. 2008-034714-CFAES
2008-034718-CFAES

_____

DEXTER LAMAR HILL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Volusia County.
A. Christian Miller, Judge.

Dexter Lamar Hill, Crawfordville, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Appellee.

March 12, 2026

PER CURIAM.

    AFFIRMED.

EISNAUGLE, HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____